## U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 1

Angeles Moreles
Aka: Angeles Liles
Tall Oaks Dr, Apt 2706
Freeport, IL. 61032
Account No. XXXX█████

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 8/06/12.

On or about 12/06/89, the borrower executed a promissory note to secure a loan of $2,625.00 from Merchants National Bank of Topeka, Lincoln, NE. This loan was disbursed for $2,625.00 on 4/07/90, at 8% interest per annum. The loan obligation was guaranteed by Nebraska Student Loan Program, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 5/08/91, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,803.81 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 8/30/95, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $562.51 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,577.58 |
| Interest: | $3,541.62 |
| Total debt as of 8/08/12: | $6,119.20 |

Interest accrues on the principal shown here at the rate of $0.59 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 8 / 08 / 12

Laura Bevan
Loan Analyst
Litigation Support Unit

EXHIBIT B